```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 08457
    VIRGINIA CHAPMAN
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-6202
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/08/08 and confirmed on 08/08/08.

    2.  The case was converted to Chapter 7 after confirmation, 03/12/2009.

    3.  The Debtor paid a total of $   4716.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL | CURRENT MORTG | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 20734.30 | 416.49 | 2893.46 |
| COMMERCE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| GEMB LENDING | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CUSTOMER SERVICE CENTER | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CEMB | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |

```
HINCKLEY SPRING WATER CO  UNSECURED         NOT FILED                .00          .00
HSBC                      UNSECURED         NOT FILED                .00          .00
HSBC                      UNSECURED         NOT FILED                .00          .00
JC PENNEY CO              UNSECURED         NOT FILED                .00          .00
KOHLS                     UNSECURED         NOT FILED                .00          .00
MCYDSNB                   UNSECURED         NOT FILED                .00          .00
CITIBANK                  UNSECURED         NOT FILED                .00          .00
TARGET                    UNSECURED         NOT FILED                .00          .00
VAN RU CREDIT             UNSECURED         NOT FILED                .00          .00
VICTORIAS SECRET          UNSECURED         NOT FILED                .00          .00
VON MAUR                  UNSECURED         NOT FILED                .00          .00
WFNNB/HARLEM FURNITURE    UNSECURED         NOT FILED                .00          .00
ARIS HOLIDAY NETWORK      UNSECURED         NOT FILED                .00          .00
         Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED         OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   20734.30         .00          .00           .00    20734.30
PRINCIPAL PAID        2893.46         .00          .00           .00     2893.46
INTEREST PAID          416.49         .00          .00           .00      416.49
TOTAL PAID            3309.95         .00          .00           .00     3309.95
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   3500.00
and was paid $    750.00  direct and $   1140.38  through the plan.

The Trustee received $    265.67 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/17/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE


                            PAGE   2
         CASE NO. 08 B 08457 VIRGINIA CHAPMAN